## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GEORGE V. NEILL,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 08-CV-2132 KHV/JPO |
| | ) |
| **BLACK & VEATCH CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

Upon Joint Motion (Stipulation) of Dismissal (Doc. #30) by both Plaintiff and Defendant, and for good cause shown, the Court hereby grants the parties' Joint Stipulation of Dismissal With Prejudice.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2008.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge